AUGUSTUS J. SIMMONS *v.* J. WILLIAM BURNS,
COMMISSIONER OF TRANSPORTATION
(5028)

HULL, DALY and BIELUCH, Js.

Argued October 10—released October 16, 1986

*Eugene C. Cushman,* with whom was *Augustus J. Simmons,* pro se, for the appellant (plaintiff).

*Arnold K. Shimelman,* assistant attorney general, with whom, on the brief, was *Joseph I. Lieberman,* attorney general, for the appellee (defendant).

PER CURIAM. There is no error.